UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

TYREE HARGROVES, LAVAR HARGROVES,
BRANDON HARGROVES, and KENNETH WRIGHT,

                                    Plaintiffs,

          -against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT, BARRY CULPEPPER, and
JOSEPH LIOTTA,

                                  Defendants.

---

DAVID ALLEN,

                                  Plaintiff,

          -against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT, BARRY CULPEPPER, and
JOSEPH LIOTTA, and JOHN WARNER,

                                Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEAL**

03-CV-1668 (RRM) (ALC)

**PLEASE TAKE NOTICE** that Defendants' City of New York, New York City Police Department, Culpepper and Liotta hereby appeal to the United States Court of Appeals for the Second Circuit, from the memorandum and order herein dated March 4, 2010, and entered in the docket on or about the same date, which denied the defendants' motion for qualified immunity. This appeal is taken from each and every part of said memorandum and order as well as from the whole thereof.

Dated:     New York, New York
           March 12, 2010

                               MICHAEL A. CARDOZO,
                               Corporation Counsel of the
                                 City of New York
                               Attorney for Defendants' City of
                               New York, New York Police
                               Department, Culpepper and Liotta
                               100 Church Street
                               New York, New York 10007
                               (212) 788-1010

By:    _____
         LEONARD KOERNER
         Chief, Appeals Division

TO:    MICHAEL LEVINE
       Attorney for Plaintiff Hargroves'
       and Wright
       26 Court Street, Suite 2015
       Brooklyn, New York 11242
       (718) 210-1886

       REIBMAN & WEINER
       Attorneys for Plaintiff Hargroves'
       and Wright
       26 Court Street, Suite 1005
       Brooklyn, New York 11242
       (718) 522-1743

       MICHAEL R. SCOLNICK P.C.
       Attorney for Plaintiff Allen
       420 Route 59
       Airmont, New York  10952
       (845) 354-9339

       CLERK
       Eastern District

&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653012415
Cashier ID: ajackson
Transaction Date: 03/15/2010
Payer Name: CITY OF NEW YORK
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CITY OF NEW YORK
 Case/Party: D-NYE-1-03-CV-001668-000
 Amount:      $455.00
----------------------------------
CHECK
 Check/Money Order Num: 1074290
 Amt Tendered: $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00