UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYREE HARGROVES, LAVAR HARGROVES,
and KENNETH WRIGHT,

        Plaintiffs,

  - against -

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, BARRY CULPEPPER,
and JOSEPH LIOTTA,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
03-CV-1668 (RRM)(VMS)
03-CV-3869 (RRM)(VMS)
03-CV-5323 (RRM)(VMS)

------------------------------------------------------------X
DAVID ALLEN,

        Plaintiff,

  - against -

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, BARRY CULPEPPER,
JOSEPH LIOTTA, and JOHN WARNER,
        Defendants.
------------------------------------------------------------X

03-CV-4646 (RRM)(VMS)

    A Memorandum and Order of the undersigned having been filed this day, dismissing all remaining state court claims brought by plaintiffs against all defendants, save plaintiff Allen's state law claim for negligent hiring and retention, over which this Court declines to exercise supplemental jurisdiction, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

    ORDERED, ADJUDGED AND DECREED that all federal and state law claims brought by plaintiffs Tyree Hargroves, Lavar Hargroves and David Allen as against all defendants are

1

dismissed with prejudice, with the exception of plaintiff Allen's state law claim for negligent retention and hiring, which claim is dismissed without prejudice as this Court declines to exercise supplemental jurisdiction over said claim.   As such, plaintiffs take nothing from defendants on their claims.

The Clerk of Court is directed to close these actions.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       March  26, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge