UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRANDON HARGROVES, and KENNETH
WRIGHT,

              Plaintiffs,

- against -

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, BARRY CULPEPPER,
and JOSEPH LIOTTA,

              Defendants.
----------------------------------------------------------X

**JUDGMENT ON FEES AND COSTS**
03-CV-1668 (RRM)(VMS)
03-CV-3869 (RRM)(VMS)
03-CV-5323 (RRM)(VMS)

A Memorandum and Order of the undersigned having been filed this day, adopting the Report and Recommendation of Magistrate Judge Vera Scanlon, and awarding fees and costs to plaintiffs Brandon Hargroves and Kenneth Wright, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs' motion for attorneys' fees and costs is granted, and counsel for plaintiffs Brandon Hargroves and Kenneth Wright are hereby awarded a total of $294,955.00 in attorneys' fees, and costs in the amount of $5,392.54.

Dated: Brooklyn, New York
       March 26, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge